# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINE D. LESKO,** **Administratrix of the Estate of Kenneth James Lesko,** | : CIVIL ACTION NO. 1:18-CV-64 : : (Chief Judge Conner) : |
| **Plaintiff** | : : |
| v. | : : |
| **OLD DOMINION FREIGHT LINE,** *et al.*, | : : : |
| **Defendants** | : : |

## **ORDER**

AND NOW, this 13th day of February, 2018, upon consideration of the motion (Doc. 44) to stay the case and for extension of deadlines by defendants, Old Dominion Freight Line and Danny Fantom, the court observing that all parties concur in the motion, it is hereby ORDERED that:

1. The motion (Doc. 44) to stay the above-captioned case is GRANTED. This matter is STAYED until **Friday, April 27, 2018**. This stay shall not prevent any party from responding to the complaint or any crossclaims, or from filing Rule 7.1 disclosures.

2. As soon as practicable, the parties shall file a joint status report apprising the court of the following: (1) whether a motion for consolidation of discovery in the related Middle District of Pennsylvania actions arising out of the February 13, 2016 motor vehicle accident will be filed, and (2) whether the stay imposed herein should be lifted.

3. The case management conference scheduled for March 9, 2018, is hereby CANCELLED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania