# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRISTINE D. LESKO**, as Administratrix of the Estate of Kenneth James Lesko, | CIVIL ACTION NO. 1:18-CV-64 |
| **Plaintiff** | (Chief Judge Conner) |
| v. | |
| **OLD DOMINION FREIGHT LINE**, *et al.*, | |
| **Defendants** | |

## **ORDER**

AND NOW, this 30th day of November, 2018, upon consideration of the motion (Doc. 66) to dismiss the amended complaint by defendants New Prime, Inc. and Kristyn Mitchell (collectively, the "New Prime defendants"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The New Prime defendants' motion (Doc. 66) to dismiss is DENIED.

2. The New Prime defendants shall respond to plaintiff's amended complaint (Doc. 36) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania