# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRISTINE D. LESKO**, as Administratrix of the Estate of Kenneth James Lesko, | : CIVIL ACTION NO. 1:18-CV-64 <br> : <br> : (Chief Judge Conner) |
| **Plaintiff** | : |
| v. | : |
| **OLD DOMINION FREIGHT LINE**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 30th day of November, 2018, upon consideration of the motions (Docs. 81, 82) to dismiss the amended complaint by defendants U.S. Xpress, Inc. and Daimler Trust (collectively, the "moving defendants"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The moving defendants' motions (Docs. 81, 82) to dismiss are DENIED.

2. The moving defendants shall respond to plaintiff's amended complaint (Doc. 36) in accordance with the Federal Rules of Civil Procedure.

>  /S/ CHRISTOPHER C. CONNER
> Christopher C. Conner, Chief Judge
> United States District Court
> Middle District of Pennsylvania